Richard C. Gordon, Esq.
Nevada Bar No. 9036
Charles E. Gianelloni, Esq.
Nevada Bar No. 12747
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rgordon@swlaw.com
       cgianelloni@swlaw.com

*Attorneys for Defendants Casamar Manufacturing USA, Inc. and Maria Luz Marigomen*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OVERSEAS PRIVATE INVESTMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CASAMAR MANUFACTURING USA, INC. and MARIA LUZ MARIGOMEN,<br><br>Defendants. | Case No. 2:13-cv-00275-GMN-VCF<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Overseas Private Investment Corporation, through counsel, Jolley Urga Wirth & Woodbury, and Defendants, Casamar Manufacturing USA, Inc. and Maria Luz Marigomen, through counsel, Snell and Wilmer L.L.P.:

THAT the above-captioned case, all claims, causes of action and defenses raised by Plaintiff and Defendants, be dismissed with prejudice.

///

///

///

///

18437958

FURTHER THAT each party shall bear its own attorneys' fees and costs.

DATED this 23rd day of December, 2013     DATED this 8th day of ~~December~~ January, 2013 4

By: /s/ Richard C. Gordon
Richard C. Gordon (NV Bar #9036)
Charles E. Gianelloni (NV Bar #12747)
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
Ph: (702) 784-5200
Fax: (702) 784-5252

*Attorneys for Defendants*

By: /s/ Michael R. Ernst
William R. Urga (NV Bar #1195)
Michael R. Ernst (NV Bar #11957)
3800 Howard Hughes Pkwy, Suite 1600
Las Vegas, NV 89169
Ph: (702) 699-7500
Fax: (702) 699-7555

*Attorneys for Plaintiff*

## ORDER

**IT IS SO ORDERED.**

**DATED** this 27th day of January, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court

18437958